UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.   Civ. No. 22-360 DHU/GJF

RCI LLC, TIMESCAPE RESORTS LLC,
STEPHEN BRADLEY, MEXICAN
RIVIERA RESORTS UNLIMITED, and
JOHN DOES 1–10,

    Defendants.

### ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

THIS MATTER is before the Court on Plaintiff's Motion to Amend Complaint [ECF 74] ("Motion"), filed March 15, 2023, the deadline for Plaintiff to file such a motion. *See* ECF 71 (Order Setting Pretrial Deadlines and Briefing Schedule). Plaintiff represents that his proposed First Amended Complaint [ECF 74-1] still addresses the same alleged "twenty-seven, unsolicited telemarketing calls which the Defendants initiated to Plaintiff" and that "the three new counts in the [proposed complaint] are brought under the same [Telephone Consumer Protection Act] regulatory framework as in the Original Complaint." Mot. at 3. Plaintiff further represents that he "inquired as to the Defendants' position on this [M]otion" but "ha[d] not received a definite response." *Id.* at 1.

Because Defendants have not "file[d] and serve[d] a response in opposition to [the Motion] within [14 days]," they have consented to this Court granting the Motion. D.N.M.LR-Civ. 7.1.(b).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion [ECF 74] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff may file his Proposed First Amended Complaint [ECF 74-1] no later than **April 10, 2023**.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE