UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.   Civ. No. 22-360 DHU/GJF

RCI LLC, TIMESCAPE RESORTS LLC,
STEPHEN BRADLEY, MEXICAN
RIVIERA RESORTS UNLIMITED, and
JOHN DOES 1–10,

Defendants.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER is before the Court on the Motion to Withdraw [ECF 103] ("Motion"), filed by counsel for Defendant Mexican Rivera Resorts Unlimited (MXRRU). The Motion is unopposed.[1] Therein, MXRRU's attorneys "move to withdraw from this matter and to be relieved of any further obligations related to same." Mot. at ¶ 2. The Motion represents that "[o]n Wednesday, June 21, 2023, Defendant MXRRU advised [its attorneys], that they no longer have any authority to act on behalf of Defendant MXRRU for any matters relating to this litigation" and that "Defendant MXRRU consents to the withdrawal of [its attorneys]." *Id.* at ¶¶ 1, 3. Because the unopposed Motion (1) "indicate[s] consent of the client represented by the withdrawing attorney[s]" and (2) provides "the client's address and telephone number," the Court will **GRANT** the Motion. D.N.M.LR-Civ. 83.8(a).

In granting the Motion, the Court observes that MXRRU no longer has an attorney of record in this case. The Local Rules, however, provide that a business entity such as MXRRU

---

[1] The Motion represents that "[it] is not opposed by Defendants RCI, LLC; Timescape Resorts, LLC; and Stephen Bradley." Mot. [ECF 103] at ¶ 7. "Plaintiff Ruben Escano would not provide a position on this [M]otion" by the time it was filed on June 28, 2023. *Id.* And because "the time prescribed for [responding]" has passed, Plaintiff's lack of response "constitutes [his] consent to grant the [M]otion." D.N.M.LR-Civ. 7.1(b), 7.4(a).

"can appear only with an attorney." D.N.M.LR-Civ. 83.8(c). Furthermore, "[a]bsent entry of appearance by a new attorney, any filings made by the corporation, partnership or business entity other than a natural person may be stricken and default judgment or other sanctions imposed." *Id.*; *see also* Mot. at ¶ 6 (notifying MXRRU of this warning).

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and that attorneys James Peterson and Michael Moffett, and the law firms Peterson Legal P.A. and Maldegen, Templeman & Indall, LLP, are hereby withdrawn as counsel for MXRRU.

**IT IS FURTHER ORDERED** that the Clerk's Office shall update the case file in CM/ECF to reflect that MXRRU is no longer represented by counsel and that its contact information is:

> Mexican Riviera Resorts Unlimited
> Boulevard Kukulkan Km 7
> Cancun, Quintana Roo
> Mexico
> Phone: 01152 998 2874100 ext. 6106 | (800) 040-3635

**IT IS FURTHER ORDERED** that the Clerk's Office shall mail MXRRU a copy of the instant order [ECF 107].

**IT IS FINALLY ORDERED** that, no later than **August 31, 2023**, MXRRU shall either (1) appear via counsel or (2) show cause as to why the Court should not enter default judgment and/or impose other sanctions against MXRRU.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE