**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**


RUBEN J. ESCANO,

       Plaintiff,

v.                                                                                      Civ. No. 2:22-360 DHU/GJF

RCI, LLC, *et al.*,

       Defendants.

## ORDER STAYING BRIEFING

THIS MATTER is before the Court *sua sponte* following Plaintiff's filing of a Motion for Leave to Re-Depose Defendant Stephen Bradley [ECF 185] and a Motion for Continuance of Events Listed in Trial Notice [ECF 186]. The former motion seeks an order compelling Defendant Stephen Bradley to attend a second deposition. ECF 185. The latter asks the Court to continue the trial date and deadlines by approximately four months on the basis that Plaintiff requires additional discovery, to include a second deposition of Stephen Bradley. ECF 186.

Discovery closed in this case October 2, 2023, and motions relating to discovery were due no later than October 13, 2023. *See* ECF 99. Not only were Plaintiff's most recent motions [ECFs 185, 186] filed more than four months after the close of discovery, but the issues they raise are largely redundant of those previously briefed in Plaintiff's Motion to Reopen Discovery [ECF 171], which he filed November 2, 2023, and which is now fully briefed [*see* ECFs 178, 180, 181, 182]. Indeed, should the Court deny Plaintiff's Motion to Reopen Discovery, Plaintiff's recent motions [ECFs 185, 186] may be rendered moot.

For these reasons, the Court hereby **STAYS BRIEFING** on Plaintiff's Motion for Leave

to Re-Depose Defendant Stephen Bradley [ECF 185] and Motion for Continuance of Events Listed

in Trial Notice [ECF 186] pending further order of the Court.

   **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE