IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO, <br><br> Plaintiff, <br><br> v. <br><br> RCI, LLC, a Delaware Corporation et al. <br><br> Defendants. | Case No. 2:22-cv-00360-DHU-GJF |

**UNOPPOSED MOTION FOR LEAVE TO
USE ELECTRONIC DEVICES IN THE COURTROOM**

In accordance with D.N.M.LR-Civ. 83.1(c)(7), Plaintiff Ruben Escano, undersigned, respectfully requests leave to use his cell phone and laptop in the courtroom. Plaintiff is self-represented. But because he is not an attorney, Plaintiff will not be allowed into the courthouse with his cell phone or laptop (which both have cameras). *See* D.N.M.LR-Civ. 83.1. Plaintiff inquired if this motion is opposed and opposing counsel indicated they do not oppose this motion.

At the time of filing, trial is set for April 1, 2024, and a status conference is set for March 13, 2024, *see* (Doc. 191). Most of Plaintiff's case files are stored electronically on his laptop and also accessible via his cell phone. Plaintiff will be prejudiced if he is not able to use these devices because opposing counsel will be able to use their electronic devices to present their case, but Plaintiff will be unable to use his devices to present his case.

WHEREFORE, in accordance with Rule 83.1(c)(7), Plaintiff respectfully requests an order authorizing Plaintiff to use his cell phone and laptop in federal courtrooms within the District of New Mexico for matters related to the above-captioned case.

\* \* \*

Dated this 7th day of March, 2024.

                                                    Respectfully submitted,

/s/ Ruben J. Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

IT IS HEREBY CERTIFIED that on this 7th day of March, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
      **Ruben J. Escano**, *pro se*