# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable David Herrera Urias

**CASE NO.** 22cv360　　　　　　　　　　　　　　**DATE:** 3/13/2024

**TITLE:** Escano v. RCI et. al.

**COURTROOM CLERK:** Camila Reed-Guevara　　**COURT REPORTER:** C. McAlister

**COURT IN SESSION:** 2:04　　**TOTAL TIME:** 27 MINUTES

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**COURT RULING:** TRIAL DATE WILL BE VACATED. PLAINTIFF'S ORAL MOTION FOR AN EXTENSION TO REPLY TO SUMMARY JUDGEMENT MOTIONS IS GRANTED, RESPONSE DATE IS NOW APRIL 1, 2024. RESPONSE(S) DUE ON APRIL 22, 2024.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Ruben Escano, pro se plaintiff　　　　　　Brian Cummings, Joseph Wiley, Jeffrey Taylor

**PROCEEDINGS:**

TRIAL IS SET FOR APRIL 1ST, 2024 – WILL HAVE BE VACATED

TRIAL RESET AFTER DISPOSITIVE MOTIONS ARE BRIEFED AND DECIDED.

COURT WILL SET A MAY HEARINGS DATE FOR THE SUMMARY JUDGEMENT MOTIONS

ATTORNEY CUMMINGS REQUESTS AN EXTRA WEEK FOR THE REPLY BRIEF – WANTS THE DEADLINE

TO BE APRIL 22ND, 2024 – ALL THE DEFENDANTS CAN HAVE UNTIL

BELIEVES JURY INSTRUCTIONS DUE ON THE 18TH

PARTIES WILL SUBMIT A JOINT SET OF JURY INSTRUCTIONS