UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.                                              Civ. No. 22-360 DHU/GJF

RCI, LLC, *et al.*,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Gregory J. Fouratt's Proposed Findings and Recommended Disposition (PFRD), which recommended denying Plaintiff's Second Motion to Amend Complaint. Doc. 190. The PFRD notified the parties of their ability to file objections within fourteen days. Having reviewed the PFRD and noting that the parties have filed no objections to it, the Court concurs with the PFRD.[1]

**IT IS THEREFORE ORDERED** that (1) the PFRD is **ADOPTED**; and (2) Plaintiff's Second Motion to Amend Complaint (Doc. 152) is **DENIED**

**SO ORDERED**.

_____
HON. DAVID H. URIAS
UNITED STATES DISTRICT JUDGE

---

[1] "A party's objections to [a PFRD] must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." *U.S. v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The parties' failure to timely object to the PFRD thus waives appellate review of both factual and legal questions. *In re Key Energy Res. Inc.*, 230 F.3d 1197, 1199–1200 (10th Cir. 2000); *One Parcel of Real Prop.*, 73 F.3d at 1059.