UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| RUBEN J. ESCANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:22-CV-00360-DHU-GJF |
| vs. | § | |
| | § | |
| RCI, LLC, *et al.* | § | |
| | § | |
| Defendants. | § | |

## ENTRY OF APPEARANCE

Please enter the appearance of Joseph C. Wylie, II as counsel on behalf of intervenor Ryan Morettini in the above-captioned matter.

Dated: March 22, 2024

Respectfully submitted,

*/s/ Joseph C. Wylie II*
Joseph C. Wylie II (*pro hac vice*)
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
T: (312) 807-4439
F: (312) 345-9060
joseph.wylie@klgates.com

Melanie B. Stambaugh
Randy Taylor
RODEY, DICKASON, SLOAN, AKIN &
ROBB, P.A.
Post Office Box 1888
Albuquerque, New Mexico 87103
T: (505) 765-5900
F: (505) 768-7395
mstambaugh@rodey.com
rtaylor@rodey.com

*Attorneys for Defendant RCI, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, I caused a true and correct copy of the foregoing Entry of Appearance to be served upon counsel of record by e-mail.

*/s/ Joseph C. Wylie II*
