IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN J. ESCANO,

      Plaintiff,

v.   No. 2:22-CV-00360-DHU-GJF

RCI, LLC, et al.,

      Defendant.

## AMENDED CERTIFICATE OF SERVICE

IT IS HEREBY certified that on the 25th day of March, 2024, counsel for Defendant RCI, LLC electronically sent the Entry of Appearance, Doc. 204, and Motion to Quash Subpoena to Appear and Testify at Trial, Doc. 205, to Plaintiff Ruben J. Escano, and on the 27th day of March, 2024, served by electronic means a copy of this Certificate of Service by virtue of the Court's electronic filing system to all counsel and parties entitled to notice, as more fully set forth on the Court's Notification of Service.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Jeffrey R. Taylor*
    Melanie B. Stambaugh
    Jeffrey R. Taylor
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
mstambaugh@rodey.com
rtaylor@rodey.com

-and-

K&L GATES LLP
    Joseph C. Wylie II (*pro hac vice*)
70 West Madison, Suite 3100
Chicago, Illinois  60602
Telephone:  312-807-4419
Facsimile:  312-345-9060

- 2 -

joseph.wylie@klgates.com
*Attorneys for Defendant RCI, LLC*