IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN J. ESCANO,

     Plaintiff,

                                       CASE NO: 2:22-CV-00360-DHU-GJF

     v.

RCI, LLC, a Delaware corporation;
TIMESCAPE RESORTS, LLC, Florida
Limited Liability Company, d/b/a CALYPSO
CAY RESORT; STEPHEN BRADLEY, an
Individual; MEXICAN RIVIERA RESORTS
UNLIMITED S.A. DE C.V., CO., a Country
Of Mexico corporation, d/b/a SUNSET WORLD
GROUP; and JOHN DOES 1 through 10,

          Defendants.

_____/

## **DEFENDANTS NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT**

Defendants Timescape Resorts, LLC and Stephen Bradley (collectively "Defendants"), through their undersigned attorneys, hereby provide notice to the Court that Defendants withdraw their *Motion for Summary Judgment* (Doc. 165).

DATED: March 27, 2024.

Respectfully Submitted,

/s/ *Brian R. Cummings*
Brian R. Cummings, Esq.
Florida Bar No. 25854 (*Pro Hac Vice*)
STINSON LLP
100 S. Ashley Drive, Suite 500
Tampa, FL 33602
Phone: (813) 534-7334
Brian.Cummings@stinson.com

Steven J. Lucero, Esq.

New Mexico Bar No. 137288
GREENSPOON MARDER LLP
500 Marquette NW, 12th Floor
Albuquerque, NM 87102
Phone: (888) 491-1120
Steven.Lucero@gmlaw.com
*Attorneys for Defendants*
*Timescape Resorts, LLC and Stephen*
*Bradley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served this 27th day of March, 2024, via email as follows: pro se Plaintiff Ruben J. Escano, 2311 Ranch Club Road, Suite #2-180, Silver City, NM 88061, rubenescano@gmail.com; rjescano@gmail.com; Melanie B. Stambaugh and Angelica M. Lopez, Rodey, Dickason, Sloan, Akin & Robb, P.A., Post Office Box 1888, Albuquerque, New Mexico 87103, mstambaugh@rodey.com, alopez@rodey.com; and Joseph C. Wylie II, K&L Gates, LLP, 70 West Madison, Suite 3100, Chicago, Illinois 60602, joseph.wylie@klgates.com.

/s/ *Brian R. Cummings*
Brian R. Cummings, Esq.

CORE/3528985.0002/188343179.1