# **Exhibit D**

Compilation Phone Bills

## Detail for Ruben Escano: 201–527–8938

## Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|------|------------|-------------|-------------|------|-----------------|----------------------|-------|
| 2/08 | 12:40P | 201–521–5415 | Peak | PlanAllow | Burlington VT | Incoming CL | 9 | --- | --- | --- |

# verizon✓

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| ▉▉▉▉ | ▉▉▉▉ | 04/28/18 | 15 of 21 |

## Detail for Ruben Escano: 201–527–8938

## Voice, continued



| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/03 | 3:24P | 201–528–7816 | Peak | PlanAllow | Burlington VT | Incoming CL | 64 | --- | --- | --- |

# verizon

## Detail for Ruben Escano: 201-527-8938

### Voice, continued



| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/16 | 9:19P | 201-529-3292 | Off-Peak N&W | | Burlington VT | Incoming CL | 5 | -- | -- | -- |



## Detail for Ruben Escano: 201–527–8938

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4/23 | 1:04P | 201–528–1389 | Peak | PlanAllow | Burlington VT | Incoming CL | 2 | --- | --- | --- |

# verizon

| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | ████████ | ████████ | 05/29/18 | 15 of 21 |

## Detail for Ruben Escano: 201–527–8938

## Voice, continued



| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 5/01 | 5:56P | 201–526–6696 | Peak | PlanAllow | Burlington VT | Incoming CL | 3 | --- | --- | --- |
| | | | | | | | | | | |
| 5/03 | 2:08P | 201–525–8022 | Peak | PlanAllow | Burlington VT | Incoming CL | 5 | --- | --- | --- |
| | | | | | | | | | | |

# verizon

## Detail for Ruben Escano: 201–527–8938

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|------|------------|-------------|-------------|------|-----------------|-----------------------|-------|
| 5/08 | 1:07P | 201–528–1795 | Peak | PlanAllow | Burlington VT | Incoming CL | 6 | --- | --- | --- |
| 5/14 | 4:33P | 201–527–8845 | Peak | M2MAllow | Burlington VT | Incoming CL | 1 | --- | --- | --- |
| 5/14 | 7:41P | 201–524–4967 | Peak | PlanAllow | Burlington VT | Incoming CL | 2 | --- | --- | --- |



Billing period Jan 11, 2019 to Feb 10, 2019 | Account # ████ | Invoice # ████

# Ruben Escano
## 201.527.8938 | PIXEL 3 XL

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Jan 29 | 12:31 PM | 201.713.1987 | Moab, UT | Incoming, CL | 1 | | | |

CONFIDENTIAL          ESCANO-000012



**Billing period** Feb 11, 2019 to Mar 10, 2019 | **Account #** ▮▮▮▮ | **Invoice #** ▮▮▮▮

# Ruben Escano

**201.527.8938 | PIXEL 3 XL**

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Feb 18 | 6:32 PM | 201 762.8638 | Moab, UT | Incoming, CL | 1 | | | |

CONFIDENTIAL                    ESCANO-000013

 **verizon**✓   **Billing period** Apr 11, 2019 to May 10, 2019 | **Account #** ▮▮▮▮   **Invoice #** ▮▮▮▮

# Ruben Escano

**201.527.8938 | PIXEL 3 XL**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| May 1 | 12:00 PM | 201.714.2552 | Moab, UT | Incoming, CL | 1 | | | |

CONFIDENTIAL          ESCANO-000014



**Billing period** May 11, 2019 to Jun 10, 2019 | **Account #** ▮▮▮▮▮▮ **Invoice #** ▮▮▮▮▮▮

# Ruben Escano

**201.527.8938 | PIXEL 3 XL**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| Jun 3 | 4:37 PM | 201.843.1285 | Moab, UT | Incoming, CL | 3 | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| Jun 4 | 11:26 AM | 201.272.7944 | Moab, UT | Incoming, CL | 11 | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |
| | | | | | | --- | --- | --- |

 **verizon✓**   **Billing period** Jun 13, 2019 to Jul 10, 2019 | **Account #** ▇▇▇▇▇▇▇ | **Invoice #** ▇▇▇▇▇

# Ruben Escano
**201.527.8938 | PIXEL 3 XL**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Jul 4 | 1:52 PM | 201.301.4631 | Moab, UT | Incoming, CL | 1 | | | |

6



**verizon**✓  Billing period Aug 11, 2019 to Sep 10, 2019  |  Account #▮▮▮▮  |  Invoice #▮▮▮▮

# Ruben Escano
**201.527.8938  |  PIXEL 3 XL**

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
| Aug 19 | 4:36 PM | 201.792.3354 | Moab, UT | Incoming, CL | 2 | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |



**Billing period** Aug 11, 2019 to Sep 10, 2019 | **Account #** ███████ | **Invoice #** ███████

# Ruben Escano

**201.527.8938 | PIXEL 3 XL**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
| Sep 10 | 5:47 PM | 201.639.9685 | Moab, UT | Incoming, CL | 2 | -- | -- | -- |



**Billing period**
Jun 11, 2020 - Jul 10, 2020

**Account number**

# Ruben Escano
**201.527.8938**
**PIXEL 3 XL**

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| Jun 24 | 2:03 PM | 862.232.8428 | Moab, UT | Incoming, CL | 1 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |



**Billing period**
Aug 11, 2020 - Sep 10, 2020

**Account number**
████████

# Ruben Escano
**201.527.8938**
**PIXEL 3 XL**

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| ███ | ███ | ███ | ███ | ███ | ███ | -- | -- | -- |
| Aug 24 | 6:41 PM | 210.485.6008 | Silver Cit, NM | Incoming, CL | 19 | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |
|  |  |  |  |  |  | -- | -- | -- |



**Billing period**
Sep 11, 2020 - Oct 10, 2020

**Account number**

# Ruben Escano
**201.527.8938**
**PIXEL 3 XL**

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| Sep 30 | 12:46 PM | 973.246.2203 | Silver Cit, NM | Incoming, CL | 1 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |



**Billing period**
Oct 11, 2020 - Nov 10, 2020

**Account number**
███████████

# Ruben Escano

**201.527.8938**
**PIXEL 3 XL**

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| Oct 13 | 12:47 PM | 201.284.1653 | Silver Cit, NM | Incoming, CL | 3 | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |
| | | | | | | -- | -- | -- |

**verizon√**

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| | | 01/02/21 | 5 of 8 |

## Detail for Ruben Escano: 201–527–8938

### Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| 12/02 | 11:27A | 201–768–7529 | Other | Wi–Fi | Jersey Cit NJ | Incoming CL | 1 | --- | --- | --- |



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| ■■■■ | ■■■■ | 01/02/21 | 6 of 8 |

## Detail for Ruben Escano: 201–527–8938

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| 12/10 | 1:43P | 973–617–3239 | Peak | PlanAllow | Silver Cit NM | Incoming CL | 2 | --- | --- | --- |



| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | ▮▮▮ | ▮▮▮ | 02/02/21 | 5 of 9 |

## Monthly Charges, continued

**Surcharges**



**Other Charges and Credits**

**Taxes, Governmental Surcharges and Fees**

Total Current Charges for 201–527–8938

## Detail for Ruben Escano: 201–527–8938

### Voice

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| 12/21 | 11:23A | 908–541–3210 | Peak | PlanAllow | Silver Cit NM | Incoming CL | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |



## Detail for Ruben Escano: 201–527–8938

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/04 | 6:42P | 609–653–2597 | Peak | PlanAllow | Silver Cit NM | Incoming CL | 1 | --- | --- | --- |
| 1/06 | 11:24A | 973–776–5650 | Peak | PlanAllow | Silver Cit NM | Incoming CL | 1 | --- | --- | --- |



| | | | Invoice Number | Account Number | | Date Due | Page |
|---|---|---|---|---|---|---|---|
| | | | ███████ | ███████████ | | 03/02/21 | 6 of 10 |

## Detail for Ruben Escano: 201–527–8938

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/20 | 3:16P | 908–478–6380 | Peak | PlanAllow | Silver Cit NM | Incoming CL | 1 | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |
| | | | | | | | | --- | --- | --- |