# Exhibit F

Credit Card Statement



RUBEN J ESCANO
Closing Date ▮

Account Ending ▮

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | ▮ |
| Credits | ▮ |
| Total Payments and Credits | ▮ |

### Detail  *Indicates posting date

| Payments | | Amount |
|---|---|---|
| ▮ | ▮ | ▮ |

| Credits | | Amount |
|---|---|---|
| 04/03/18 | Dispute - MXRRU | -$1,016.50 |
| 04/03/18 | DISPUTE - FOREIGN TRANSACTION FEE | -$27.44 |

## New Charges

### Summary

| | Total |
|---|---|
| Total New Charges | ▮ |

### Detail

RUBEN J ESCANO
Card Ending ▮

| Date | Description | Location | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 04/03/18 | MXRRU TIMESHARE | BENITO JUAREZ | ME | 18,451.53 Mexican Pesos | $1,016.50 |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| | ▮ | | | | |

Continued on reverse

**Detail Continued**

|  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ |

**Fees**

*\*\*Foreign Transaction Fee is 2.70% of the converted US dollar amount of the foreign currency charge. See Foreign Currency Charges on page 2.*

| Date | Description | Amount |
|---|---|---|
| 04/03/18 | FOREIGN TRANSACTION FEE\*\*<br>MXRRU<br>$1016.50 | $27.44 |

**Total Fees for this Period**  ▇

**Interest Charged**

| | Amount |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇ |

▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**2018 Fees and Interest Totals Year-to-Date**

| | Amount |
|---|---|
| Total Fees in 2018 | $27.44 |
| Total Interest in 2018 | $0.00 |