# **Exhibit H**

# MXRRU Compilation Annual Reports

# 2023 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F11000004118

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Mar 09, 2023**
Secretary of State
7143966677CC

## Current Principal Place of Business:

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

## Current Mailing Address:

1300 SE 4TH AVE
#1
FT LAUDERDALE, FL 33316 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

## Name and Address of Current Registered Agent:

COVE LAW P.A.
1300 SE 4TH AVE
#1
FT LAUDERDALE, FL 33316 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

**SIGNATURE:** ANDREW N COVE                                                                 03/09/2023
Electronic Signature of Registered Agent                                                     Date

## Officer/Director Detail:

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN                    PRESIDENT                    03/09/2023
Electronic Signature of Signing Officer/Director Detail                                  Date

**2022 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F11000004118

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Feb 24, 2022**
Secretary of State
0922550531CC

**Current Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO,  MX  77500

**Current Mailing Address:**

1300 SE 4TH AVE
 #1
FT LAUDERDALE,  FL  33316  US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COVE LAW P.A.
1300 SE 4TH AVE
 #1
FT LAUDERDALE, FL  33316  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ANDREW N COVE                                                                                                              02/24/2022
　　　　　　　Electronic Signature of Registered Agent                                                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN  QUINTANA ROO  77500 | | City-State-Zip: | CANCUN  QUINTANA ROO  77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ERIKA GARCIA                                        SECRETARY                                        02/24/2022
　　　　　　　Electronic Signature of Signing Officer/Director Detail                                                       Date

**2021 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F11000004118

Entity Name: MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**May 06, 2021**
Secretary of State
0390639357CC

**Current Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

**Current Mailing Address:**

C/O COVE LAW PA
633 SE THIRD AVE SUITE 4R
FT LAUDERDALE, FL 33301 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COVE LAW P.A.
C/O COVE LAW PA
633 SE THIRD AVE SUITE 4R
FT LAUDERDALE, FL 33301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ANDREW N COVE                                                                05/06/2021
Electronic Signature of Registered Agent                                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN           PRESIDENT                    05/06/2021
Electronic Signature of Signing Officer/Director Detail                                       Date

# 2020 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F11000004118

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Jun 08, 2020**
Secretary of State
9136708349CC

### Current Principal Place of Business:

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

### Current Mailing Address:

C/O COVE LAW PA
633 SE THIRD AVE SUITE 4R
FT LAUDERDALE, FL 33301 US

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

### Name and Address of Current Registered Agent:

COVE LAW P.A.
C/O COVE LAW PA
633 SE THIRD AVE SUITE 4R
FT LAUDERDALE, FL 33301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

**SIGNATURE:** ANDREW N COVE                                                                06/08/2020
Electronic Signature of Registered Agent                                                         Date

### Officer/Director Detail:

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN          PRESIDENT                06/08/2020
Electronic Signature of Signing Officer/Director Detail                                  Date

# 2019 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F11000004118

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Apr 09, 2019**
Secretary of State
1798490221CC

## Current Principal Place of Business:

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

## Current Mailing Address:

C/O COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL 33020

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
Electronic Signature of Registered Agent                                  Date

## Officer/Director Detail :

| | | | |
|---|---|---|---|
| Title | P | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN          PRESIDENT          04/09/2019
Electronic Signature of Signing Officer/Director Detail                                  Date

**2018 FOREIGN PROFIT CORPORATION ANNUAL REPORT**
DOCUMENT# F11000004118

**FILED**
**Apr 02, 2018**
Secretary of State
CC3872657382

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**Current Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

**Current Mailing Address:**

C/O COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL 33020

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                    Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | P | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN            PRESIDENT            04/02/2018

Electronic Signature of Signing Officer/Director Detail                                    Date

# 2017 FOREIGN PROFIT CORPORATION ANNUAL REPORT
DOCUMENT# F11000004118

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Mar 21, 2017**
Secretary of State
CC1227857760

## Current Principal Place of Business:

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

## Current Mailing Address:

C/O COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL 33020

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

### Name and Address of Current Registered Agent:

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                            Date

## Officer/Director Detail :

| | | | |
|---|---|---|---|
| Title | P | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN          PRESIDENT          03/21/2017
Electronic Signature of Signing Officer/Director Detail                                            Date

# 2016 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F11000004118

Entity Name: MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Jul 27, 2016**
Secretary of State
CC7269883742

## Current Principal Place of Business:

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

## Current Mailing Address:

C/O COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL 33020

FEI Number: NOT APPLICABLE

Certificate of Status Desired: No

## Name and Address of Current Registered Agent:

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
_____
Electronic Signature of Registered Agent                                             Date

## Officer/Director Detail :

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ERIKA GARCIA                                                        SECRETARY                              07/27/2016
_____
Electronic Signature of Signing Officer/Director Detail                          Date

**2015 FOREIGN PROFIT CORPORATION ANNUAL REPORT**
DOCUMENT# F11000004118

Entity Name: MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Mar 18, 2015**
Secretary of State
CC7703777473

**Current Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

**Current Mailing Address:**

C/O COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL 33020

FEI Number: NOT APPLICABLE

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                 Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ERIKA GARCIA                                    SECRETARY                              03/18/2015

Electronic Signature of Signing Officer/Director Detail                                                  Date

# 2014 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F11000004118

Entity Name: MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Jan 09, 2014**
Secretary of State
CC0958863512

**Current Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

**Current Mailing Address:**

C/O COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL 33020

FEI Number: NOT APPLICABLE

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | P | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN              PRESIDENT              01/09/2014

Electronic Signature of Signing Officer/Director Detail                                Date

# 2013 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F11000004118

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

**FILED**
**Jan 24, 2013**
Secretary of State
CC1659719918

**Current Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX 77500

**Current Mailing Address:**

C/O COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL 33020

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                 Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | S |
| Name | ARROYO MARROQUIN, ORLANDO S | | Name | GARCIA, ERIKA |
| Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA | | Address | BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTELERA |
| City-State-Zip: | CANCUN QUINTANA ROO 77500 | | City-State-Zip: | CANCUN QUINTANA ROO 77500 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ORLANDO S ARROYO MARROQUIN          PRESIDENT          01/24/2013

Electronic Signature of Signing Officer/Director Detail                                                 Date

# 2012 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F11000004118

**Entity Name:** MEXICAN RIVIERA RESORTS UNLIMITED S.A. DE C.V., CO.

FILED
Jan 24, 2012
Secretary of State

**Current Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO MEXICO,

**New Principal Place of Business:**

BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
CANCUN QUINTANA ROO, MX  77500     MX

**Current Mailing Address:**

C/O  COVE & ASSOCIATES
225 S 21 AVENUE
HOLLYWOOD, FL  33020

**New Mailing Address:**

FEI Number:          FEI Number Applied For ( )          FEI Number Not Applicable (X)          Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

COVE & ASSOCIATES, P.A.
225 SOUTH 21 AVENUE
HOLLYWOOD, FL  33020     US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**OFFICERS AND DIRECTORS:**

Title:        P
Name:        ARROYO MARROQUIN, ORLANDO S
Address:     BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
City-St-Zip: CANCUN QUINTANA ROO 77500 M,

Title:        S
Name:        GARCIA, ERIKA
Address:     BOULEVARD KUKULKAN KM 10 LOTE BB ZONA HOTE
City-St-Zip: CANCUN QUINTANA ROO 77500 M,

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:   ORLANDO ARROYO MARROQUIN                              P                    01/24/2012

Electronic Signature of Signing Officer or Director                                      Date