# Exhibit J

Deposition of Crystian Alatorre, filed contemporaneously under seal.