# Exhibit K

RCI Affiliation Agreement, filed contemporaneously under seal.