# Exhibit L

Sunset World Resorts Webpage

