# Exhibit R

RCI Amendment to Affiliation Agreement, filed contemporaneously under seal.