# **Exhibit S**

PRWeb.com Press Release

# Sunset World Group Reaffirms its Leadership in the Vacation Industry Receiving Various Recognitions from RCI

USA - English

On August 19, 2020, Sunset World Group hotels in Cancun and the Riviera Maya, including Hacienda Tres Ríos, Sunset Royal, Sunset Fishermen and Sunset Marina, received the 2019-2020 Gold Crown recognition from RCI

NEWS PROVIDED BY
**Sunset World**
Aug 21, 2020, 07:00 ET



Cancún Quintana Roo, México, Aug. 21, 2020 /PRNewswire-PRWeb/ -- Cancun – On August 19, 2020, Sunset World Group hotels in Cancun and the Riviera Maya, including Hacienda Tres Ríos, Sunset Royal, Sunset Fishermen and Sunset Marina, received the 2019-2020 Gold Crown recognition from RCI in a virtual ceremony at Hacienda Tres Ríos. The hotels also received the Excellence in Service award. In addition, ==Orlando Arroyo, CEO of Sunset World Group, received the President's Award for the second year in a row in recognition of the amount of business that Sunset World's vacation clubs have generated for RCI.== These awards confirm Sunset World's leadership in the vacation club segment in the Mexican Caribbean.

The Sunset World awards ceremony hosts were Orlando Arroyo, CEO, Annie Arroyo, Brand and Communication Corporate Director and Martha Richardson, Corporate Director of Operations. RCI was represented by Carolina Zapata, Business Development Manager and Jazziel Rodríguez, Account Executive in person, and virtually by Ana Laura Acevedo, Senior Vice President of Business Development and Marketing and Alejandra Espinosa, Director of Business Development.

"It is an honor to receive these awards on behalf of Sunset World Group's staff. They provide the high quality service that we offer to RCI members", said Orlando Arroyo, Sunset World Group CEO, "Our resorts are among the best of 4,400 hospitality developments in the world," he said.

Ana Laura Acevedo, RCI Senior Vice President of Business Development and Marketing explained, "Resorts that are awarded the RCI Gold Crown Resort award are examples of superior quality and exceptional service. They achieve high standards in five categories evaluated by our members during a 12-month period. The Excellence in Service award is only received by resorts that achieve the highest scores on these criteria, which means that only 10% of the resorts affiliated with RCI receive it." It is worth mentioning that RCI (Resort Condominiums International) is the most important vacation exchange company in the world.

Sunset World Group is a family-owned Mexican company and a leader in the hospitality industry, offering authentic and unforgettable vacation experiences in Cancun and the Riviera Maya. It was founded more than 30 years ago and has grown to offer six resorts, world-class travel services, amenities and a diverse network of operational and marketing solutions that focus on providing the best vacation experiences for its Members and guests. From cultural excursions to water sports, the Members of Sunset World are never far from their next great adventure.

SOURCE Sunset World