# **Exhibit T**

## 2018 Phone Arena Article

Order Moto g power 5 for $499.99 now! 🔔

# Android 9 Pie ditches call recording 'support,' but rooting your phone will fix the 'problem'

By Adrian Diaconescu · Published June 15, 2018, 7:04 AM · 🗨 13 COMMENTS

ANDROID    GOOGLE



While we keep finding out about real little features added, expanded, or revised by Google in the latest version of the world's most popular mobile OS, Android 9 Pie is also sadly doing away with a few things.

Fret not, as we're obviously not talking any earth-shattering changes for the vast majority of smartphone users, but we're pretty certain a few folks will be disappointed to see call recording support go away.

By default, Android handsets technically lacked the ability to record conversations before, which obviously didn't stop third-party developers from releasing apps with that exact purpose.

But a number of those third-party apps aren't playing nice with devices running Android 9.0, and it's been confirmed that's because Google has "added more call recording limits." The workaround that allowed Bleebeast Android Call Recorder and Call Recorder - ACR to do their thing "up until Android 8.1" has apparently been "closed", and by the looks of things, no app will be able to "record calls properly" on "any Android 9 phone."

It's easy to guess why Google took action against a smartphone feature routinely used without the consent or knowledge of individuals being recorded. Security and privacy are among the most discussed topics surrounding every big new software or hardware launch, and the search giant couldn't let any loophole, no matter how small, threaten its reputation.

But at the end of the day, rooting your Android Pie phone should still allow Bleebeast developers, as well as many others, to "fix the problem." Just remember you'll be voiding your warranty, and make sure you know exactly what you're doing. Also, don't be a jerk and even think about recording anyone without telling them first.

source: PiunikaWeb

Adrian Diaconescu

Mobile Tech News and Deals Journalist

Adrian, a mobile technology enthusiast since the Nokia 3310 era, has been a dynamic presence in the tech journalism field, contributing to Android Authority, Digital Trends, and Pocketnow before joining PhoneArena in 2018. His expertise spans across various platforms, with a particular fondness for the diversity of the Android ecosystem. Despite the challenges of balancing full-tim...

See Full Bio

PhoneArena Weekly

Enjoy the hottest mobile tech storylines, delivered straight to your inbox.

[Email address field]
SUBSCRIBE

☐ By subscribing you agree to our terms and conditions and privacy policy

## COMMENTS (13)

Sort:    Newest first ▾

Join the discussion...

👤 **LoungeHawen** · 7y ago
I am very happy that my phone will never get updated to 9.0 😄

👍 Like    👎    💬 Reply

👤 **LOL3LR** · 7y ago
> mrochester If the because of call recording, somehow i got it to work so new app on my Pixel 2 with Android 9. Since i can't just hike you, here's the passage name of the app on the play store : com.appstar.callrecorder

👍 Like    👎    💬 Reply

👤 **Cyberchum** · 7y ago
Why should i feel like lying out before recording the call? Call recording offers a good evidence, and telling the person beforehand defeats the purpose.

👍 Like    👎    💬 Reply

👤 **southerncombo** · 7y ago
> Cyberchum you taking about debt collectors?

👍 Like    👎    💬 Reply

👤 **LOL3LR** · 7y ago
> Cyberchum Somehow i got it to work so new app on my Pixel 2 with Android 9. Since i can't just hike you, here's the passage name of the app on the play store : com.appstar.callrecorder

👍 Like    👎    💬 Reply

👤 **System30** · 7y ago
Guess i won't be updating to Android 9.0. Can you record phone calls on iPhone?

👍 Like    👎    💬 Reply

👤 **MrwhereheuseGuy (banned)** · 7y ago
> System30 Yes and no, natively it doesn't. But there are apps that do that. But the better one are pretty expensive and they can send volumes at times after passing the call on hold, open the app, press record and then go back to the call once again. 
https://www.digitaltrends.com/mobile/how-to-record-calls-iphone/

👍 Like    👎    💬 Reply

👤 **LOL3LR** · 7y ago
> System30 If you want, somehow i got it to work so new app on my Pixel 2 with Android 9. Since i can't just hike you, here's the passage name of the app on the play store : com.appstar.callrecorder

👍 Like    👎    💬 Reply

👤 **LOL3LR** · 7y ago
Nice, don't be a jerk and even think about recording anyone without telling them first.

You do know that it's perfectly legal in a lot of countries to record call without consent of other person? It is a totally (if) move by google to block this functionality.

And it is really funny to see Google not concerned about privacy, do you not? Company browsers have complete list of data of every single user. And for years, Google reads your emails and browsers. And now track single things even without the consent of users. And.. Tracking Google even when it is turned off. 
Will 2018s will be able to provide inbuilt call recording functionality or not?

👍 Like    👎    💬 Reply

👤 **LOL3LR** · 7y ago
Nice, don't be a jerk and even think about recording anyone without telling them first.

You do know that it's perfectly legal in a lot of countries to record call without consent of other person?

Tell that to Google, Facebook, agencies etc.

👍 Like    👎    💬 Reply

👤 **arther** · 7y ago
And's wut I was using it when talking with someone because why they have them the right to record? phone call limits are very frequent no no way to record them... and rooting the phone nowadays means losing warranty.

👍 Like    👎    💬 Reply

👤 **LOL3LR** · 7y ago
> arther Somehow i got it to work so new app on my Pixel 2 with Android 9. Since i can't just hike you, here's the passage name of the app on the play store : com.appstar.callrecorder

👍 Like    👎    💬 Reply

👤 **therealsanta** · 7y ago
> LOL3LR There are more apps on the playstore that does exactly the same thing. It's no big deal

👍 Like    👎    💬 Reply

## Popular Stories



[Popular stories thumbnails with headlines]

## Latest News



[Latest news thumbnails with headlines]