# Exhibit U

Second May 14, 2018 Call Audio File, sent to the Court via mail on USB drive