IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO, <br><br>    Plaintiff, <br><br> v. <br><br> RCI, LLC, a Delaware Corporation et al. <br><br>    Defendants. | Case No. 2:22-cv-00360-DHU-GJF |

**UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Ruben Escano, undersigned, hereby respectfully requests leave to file under seal his *Supplement to Plaintiff's Response in Opposition to Defendant RCI, LLC's Motion for Summary Judgment* (the "Supplement"), filed contemporaneously as Document 210.

Defendant RCI, LLC has designated as confidential the documents attached to the Supplement, in accordance with the Court's Confidentiality Order (Doc. 101).[1]  Plaintiff inquired if this motion is opposed, and the motion is unopposed.

Dated this 1st day of April, 2024.

Respectfully submitted,

/s/ Ruben J. Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

---

[1] Plaintiff hereby reserves the right to object to RCI's confidentiality designation.

2

IT IS HEREBY CERTIFIED that on this 1st day of April, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
    **Ruben J. Escano**, *pro se*