IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO,<br><br>        Plaintiff,<br><br>v.<br><br>RCI, LLC, a Delaware Corporation et al.<br><br>        Defendants. | Case No. 2:22-cv-00360-DHU-GJF |

## NOTICE OF LODGING

Plaintiff Ruben Escano, undersigned, hereby notifies the Court and all counsel of record that a USB drive containing an audio file, which is the recording for Exhibit U of *Plaintiff's Response in Opposition to Defendant RCI, LLC's Motion for Summary Judgment*, filed April 1, 2024 as Document 209, has been mailed to the Court Clerk in accordance with Section 9(g)(4) of the CM/ECF Administrative Procedures Manual.  A copy of the audio file has been emailed to all counsel of record.

Dated this 5th day of April, 2024.

Respectfully submitted,

/s/ Ruben J. Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

2

IT IS HEREBY CERTIFIED that on this 5th day of April, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
      **Ruben J. Escano**, *pro se*