## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New Mexico

Case Number: 2:22-CV-00360-DHU-GJF

Plaintiff:
**RUBEN ESCANO**

vs.

Defendant:
**RCI, LLC, et al.**


BMP2024002430

For:
Ruben Escano
PRO SE
2311 Ranch Club Rd.
Ste. 2-180
Silver City, NM 88061

Received by PROCESS XPRESS on the 13th day of March, 2024 at 12:56 pm to be served on **Ryan Morettini, 6277 Sea Harbor Drive, Orlando, FL 32821**.

I, Suzanne Martinson, being duly sworn, depose and say that on the **15th day of March, 2024** at **12:15 pm, I**:

**INDIVIDUAL/PERSONAL:** Served by delivering a true copy of the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action** with the date and hour of service endorsed by me, to: **Ryan Morettini** at the address of: **651 Terrace Blvd, Orlando, FL 32821** and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 160, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. No notary is required pursuant to Florida State Statute 92.525(2).

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of [X] physical presence or [_] online notarization, on the the 17th day of March, 2024, by the affiant who is personally known to me.

NOTARY PUBLIC

REGINA MOORE
Commission # HH 092423
Expires February 21, 2025
Bonded Thru Budget Notary Services

**Suzanne Martinson**
CPS # 588

**PROCESS XPRESS**
P.O. Box 532053
Orlando, FL 32853-2053
(407) 327-9572

Our Job Serial Number: BMP-2024002430

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| RUBEN ESCANO )<br>*Plaintiff* )<br>v. )<br>RCI, LLC, et al. )<br>*Defendant* ) | Civil Action No. 2:22-cv-00360-DHU-GJF |

Date: 3/15/24
Time: 12:15 PM
Initials: Sm   #588

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Ryan Morettini
6277 Sea Harbor Drive, Orlando, Florida 32821

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Pete v. Domenici, United States Courthouse, Mimbres Courtroom–4th Floor, 333 Lomas, N.W., Albuquerque, New Mexico. | Courtroom No.: Mimbres Courtroom |
| | Date and Time: 04/01/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
(1) any personal electronic device, such as cell phones and laptops, able to access emails sent to, or recieved from, the mxrru.com domain name; and
(2) all emails listed in the privelege log RCI, LLC served on Plaintiff on or about October 26, 2023.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/29/24

CLERK OF COURT
*Victoria Harvell*
_____     OR     _____
*Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* RUBEN ESCANO
_____, who issues or requests this subpoena, are:
pro se; 2311 Ranch Club Road, Suite #2-180, Silver City, NM 88061; rubenescano@gmail.com; 201-527-8938.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).