IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

RCI, LLC, *et al.*,

    Defendants.

Case No. 2:22-cv-00360-DHU-GJF

### UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL

Plaintiff Ruben Escano, undersigned, hereby respectfully requests leave to file under seal "Exhibit A – Excerpt of Privilege Log," filed contemporaneously as Document 216.

Defendant RCI, LLC has designated as confidential the privilege log, in accordance with the Court's Confidentiality Order (Doc. 101).[1]  Plaintiff inquired if this motion is opposed, and the motion is unopposed.

Dated this 8th day of April, 2024.

                                                       Respectfully submitted,

                                                  /s/ Ruben J. Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

---

[1] Plaintiff hereby reserves the right to object to RCI's confidentiality designation.

IT IS HEREBY CERTIFIED that on this 8th day of April, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
      **Ruben J. Escano**, *pro se*