IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN J. ESCANO,

    Plaintiff,

v.

RCI, LLC, a Delaware corporation;
TIMESCAPE RESORTS, LLC, Florida
Limited Liability Company, d/b/a CALYPSO
CAY RESORT; STEPHEN BRADLEY, an
Individual; MEXICAN RIVIERA RESORTS
UNLIMITED S.A. DE C.V., CO., a Country
Of Mexico corporation, d/b/a SUNSET WORLD
GROUP; and JOHN DOES 1 through 10,

    Defendants.
_____/

CASE NO: 2:22-CV-00360-DHU-GJF

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS TIMESCAPE RESORTS, LLC AND STEPHEN BRADLEY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Ruben Escano ("Plaintiff"), *pro se*, and Defendants Timescape Resorts, LLC and Stephen Bradley ("TRS Defendants"), through their undersigned attorney, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against TRS Defendants, with Plaintiff and TRS Defendants bearing their own attorney's fees and costs.

DATED: April 23, 2024.

                                                            Respectfully Submitted,

*/s/ Ruben J. Escano*                                 /s/ *Brian R. Cummings*
Ruben J. Escano, *pro se*                           Brian R. Cummings, Esq.
2311 Ranch Club Road                            Florida Bar No. 25854 (*Pro Hac Vice*)
Suite #2-180                                              STINSON LLP
Silver City, NM 88061                              100 S. Ashley Drive, Suite 500
(201) 527-8938                                         Tampa, FL 33602

Phone: (813) 534-7334
Brian.Cummings@stinson.com

Steven J. Lucero, Esq.
New Mexico Bar No. 137288
GREENSPOON MARDER LLP
500 Marquette NW, 12th Floor
Albuquerque, NM 87102
Phone: (888) 491-1120
Steven.Lucero@gmlaw.com
*Attorneys for Defendants Timescape Resorts, LLC and Stephen Bradley*

IT IS HEREBY CERTIFIED that on this 23rd day of April, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano

**Ruben J. Escano**, *pro se*

CORE/3528985.0002/188690696.1