UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN J. ESCANO, § | |
| § | |
| Plaintiff, § | |
| § | 2:22-CV-00360-DHU-GJF |
| vs. § | |
| § | |
| RCI, LLC, *et al.* § | |
| § | |
| Defendants. § | |

**DEFENDANT RCI, LLC'S NOTICE OF UNOPPOSED EXTENSION OF TIME TO REPLY**

COMES NOW Defendant RCI, LLC, ("Defendant") and hereby submits this Notice of Unopposed Extension of Time to Reply to Plaintiff's Response in Opposition to Defendant RCI, LLC's Motion for Summary Judgment, (Doc. 209), and in support thereof states:

1. On October 27, 2023, Defendant filed its Motion for Summary Judgment, (Doc. 164).

2. On March 13, 2024, the Court granted Plaintiff's motion for an extension of time to respond to the Motion and set a deadline of April 1, 2024, for Plaintiff's response. Defendants requested and received an extension of time to April 22, 2024, for any reply. (Doc. 198).

3. Plaintiff filed his response to the Motion for Summary Judgment on April 1, 2024. (Doc. 209).

4. Defendant has requested and Plaintiff does not oppose a one-day extension of time for Defendant to file its reply in support of the Motion for Summary Judgment on April 23, 2024.

In accordance with NM L.R.-Civ 7.4(a), Defendant hereby notifies that Court that Plaintiff does not oppose a one-day extension of time for RCI, LLC, to file its reply in support of the Motion for Summary Judgment, (Doc. 164). Defendant's deadline to reply is **April 23, 2024.**

4360789v1

- 2 -

Dated: April 23, 2024    Respectfully submitted,

        By */s/ Jeffrey R. Taylor*
         Joseph C. Wylie II (*pro hac vice*)
         70 West Madison, Suite 3100
         Chicago, Illinois  60602
         Telephone:  312-807-4419
         Facsimile:  312-345-9060
         joseph.wylie@klgates.com

         Melanie B. Stambaugh
         Jeffrey R. Taylor
         Post Office Box 1888
         Albuquerque, New Mexico  87103
         Telephone:  (505) 765-5900
         Facsimile:  (505) 768-7395
         mstambaugh@rodey.com
         rtaylor@rodey.com

        *Attorneys for Defendant RCI, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 23, 2024, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By */s/ Jeffrey R. Taylor*
         Jeffrey R. Taylor

- 2 -