IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN J. ESCANO,

    Plaintiff,

v.                                     CASE NO: 2:22-CV-00360-DHU-GJF

RCI, LLC, a Delaware corporation;
TIMESCAPE RESORTS, LLC, Florida
Limited Liability Company, d/b/a CALYPSO
CAY RESORT; STEPHEN BRADLEY, an
Individual; MEXICAN RIVIERA RESORTS
UNLIMITED S.A. DE C.V., CO., a Country
Of Mexico corporation, d/b/a SUNSET WORLD
GROUP; and JOHN DOES 1 through 10,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS TIMESCAPE RESORTS, LLC AND STEPHEN BRADLEY

THIS MATTER comes before the Court on Plaintiff's Joint Stipulation for Dismissal with Prejudice of Plaintiff's Claims against Defendants Timescape Resorts, LLC and Stephen Bradley, filed April 23, 2024. Doc. 222 ("Stipulation"). The Court, having reviewed the Stipulation and being otherwise fully advised on the matter, it is hereby **ORDERED and ADJUDGED** as follows:

    (1)    The Stipulation is **GRANTED**.

    (2)    Plaintiff Ruben Escano's claims against Defendants Timescape Resorts, LLC and Stephen Bradley are hereby **DISMISSED WITH PREJUDICE**.

    **IT SO ORDERED.**

                                                                  _____
                                                                  HON. DAVID H. URIAS
                                                                  UNITED STATES DISTRICT JUDGE