IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

RCI, LLC, *et al.*,

    Defendants.

Case No. 2:22-cv-00360-DHU-GJF

**NOTICE OF BRIEFING COMPLETE
ON PLAINTIFF'S MOTION TO TAKE REMOTE
TESTIMONY OF INTERVERNOR RYAN MORETTINI AT TRIAL (Doc. 217)**

    In accordance with D.N.M.LR-Civ. 7.4(e), Plaintiff Ruben Escano, undersigned, hereby respectfully provides notice to the Court that briefing on the following motion is complete due to the following:

    1.    Plaintiff's *Motion to Take Remote Testimony of Intervenor Ryan Morettini at Trial* (the "Motion") was filed on April 8, 2024 as Document 217.

    2.    Defendant RCI, LLC's ("RCI") *Opposition to Plaintiff's Motion to Take Remote Testimony of Intervenor Ryan Morettini at Trial* was filed on April 15, 2024 as Document 221.

    3.    Plaintiff's reply in further support of the Motion was filed on April 29, 2024 as Document 226.

    The Motion is fully briefed and is ready for argument and/or decision by the Court.

\* \* \*

Dated this 29th day of April, 2024.

                                                  Respectfully submitted,

                                                /s/ Ruben J. Escano

                                                **Ruben J. Escano,** *pro se*
                                                2311 Ranch Club Road
                                                Suite #2-180
                                                Silver City, NM 88061
                                                rubenescano@gmail.com
                                                (201) 527-8938

IT IS HEREBY CERTIFIED that on this 29th day of April, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By:  /s/ Ruben J. Escano
       **Ruben J. Escano**, *pro se*