UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN J. ESCANO, § § | |
| Plaintiff, § § § | 2:22-CV-00360-DHU-GJF |
| vs. § § | |
| RCI, LLC, *et al.* § § | |
| Defendants. § | |

**NOTICE OF COMPLETION OF BRIEFING FOR DEFENDANT RCI, LLC'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant RCI, LLC, ("Defendant") and, pursuant to D.N.M.LR-Civ. 7.4(e), hereby submits this Notice of Completion of Briefing on Defendant RCI, LLC's Motion for Summary Judgment:

1. On October 27, 2023, Defendant filed its Motion for Summary Judgment, (Doc. 164), and related exhibits under seal, (Doc. 166).

2. On April 1, 2024, Plaintiff filed his response to the Motion for Summary Judgment, (Doc. 209), and related exhibits under seal, (Doc. 210).

4. On April 23, 2024, Defendant filed its reply in support of the Motion for Summary Judgment, (Doc. 224).

The Motion is fully briefed and ready for argument and/or decision by the Court.

Dated: May 1, 2024        Respectfully submitted,

By  */s/ Jeffrey R. Taylor*
   Joseph C. Wylie II (*pro hac vice*)
   70 West Madison, Suite 3100
   Chicago, Illinois  60602

4360846v1

- 2 -

Telephone:  312-807-4419
Facsimile:  312-345-9060
joseph.wylie@klgates.com

Melanie B. Stambaugh
Jeffrey R. Taylor
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
mstambaugh@rodey.com
rtaylor@rodey.com

*Attorneys for Defendant RCI, LLC*

CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2024, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Jeffrey R. Taylor*
      Jeffrey R. Taylor