IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO, <br><br>      Plaintiff, <br><br> v. <br><br> RCI, LLC, a Delaware Corporation et al. <br><br>      Defendants. | Case No. 2:22-cv-00360-DHU-GJF |

**UNOPPOSED MOTION FOR LEAVE TO**
**BRING ELECTRONIC DEVICES INTO THE COURTROOM**

In accordance with D.N.M.LR-Civ. 83.1(c)(7), Plaintiff Ruben Escano, undersigned, respectfully requests leave to bring his cell phone and laptop into the courtroom for the hearing set for May 20, 2024. Plaintiff is self-represented. But because he is not an attorney, courthouse security will not allow Plaintiff into the courthouse with his cell phone or laptop. *See* D.N.M.LR-Civ. 83.1. Plaintiff inquired if the relief requested in this motion is opposed, and opposing counsel do not oppose the relief requested in this motion.

A hearing is set for Monday, May 20, 2024 at the Mimbres Courtroom in Albuquerque. *See* (Doc. 202). Most of Plaintiff's case files are stored electronically and accessible via his cell phone and laptop. Plaintiff will be prejudiced if he does not have access to these devices because opposing counsel will have access to their electronic devices, pursuant to Local Rule 83.1(c)(6), but Plaintiff will not have similar access to his own devices, in the event he needs to refer to them.

WHEREFORE, in accordance with Rule 83.1(c)(7), Plaintiff respectfully requests an order authorizing Plaintiff to bring his cell phone and laptop into the courtroom for the May 20, 2024 hearing.

Dated this 13th day of May, 2024.

                                        Respectfully submitted,

                                        /s/ Ruben J. Escano

                                        **Ruben J. Escano,** *pro se*
                                        2311 Ranch Club Road
                                        Suite #2-180
                                        Silver City, NM 88061
                                        rubenescano@gmail.com
                                        (201) 527-8938

IT IS HEREBY CERTIFIED that on this 13th day of May, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By:  /s/ Ruben J. Escano
       **Ruben J. Escano**, *pro se*