UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable David Herrera Urias**

**CASE NO.** 22CV360  **DATE:** 5/20/2024

**TITLE:** Escano v. RCI et al

**COURTROOM CLERK:** Camila Reed-Guevara  **COURT REPORTER:** C. McAlister

**COURT IN SESSION:** 2:08 PM  **TOTAL TIME:** 1 HR 13 MIN

**TYPE OF PROCEEDING:** HEARING ON A MOTION FOR SUMMARY JUDGEMENT

**COURT RULING:** TAKEN UNDER ADVISEMENT

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Ruben Escano (Pro se)   Melanie Stambaugh and Joseph Wiley

**PROCEEDINGS:**

PROCEEDING BEGINS AT 2:10 PM

DEFENSE BEGINS THEIR ARGUMENT

PLAINTIFF ARGUMENT BEGINS AT 2:25

DEFENSE REBUTTAL AT 3:03

PLAINTIFF REBUTTAL AT 3:16

DEFENSE MAKES FINAL ARGUMENT AT 3:18

FINAL ISSUES DISCUSSED WITH COURT AND THE PARTIES AT 3:20

COURT RECESS AT 3:21