UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN J. ESCANO, | § |
| | § |
| Plaintiff, | § |
| | §  2:22-CV-00360-DHU-GJF |
| vs. | § |
| | § |
| RCI, LLC, *et al.* | § |
| | § |
| Defendants. | § |

## **DEFENDANT RCI, LLC'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Trial Notice of April 10, 2024, Defendant RCI, LLC ("RCI"), by and through its attorneys, hereby files this Proposed Voir Dire Questions for the Court's consideration:

Do any of you know the plaintiff Ruben Escano?

Do any of you know the family or friends of the plaintiff Ruben Escano?

Are any of you familiar with the defendant, RCI, LLC?

Have any of you ever been employed by RCI, LLC?

Are any of your family members employed by RCI, LLC?

I will now introduce the attorneys for the parties.

Do you know the attorneys for RCI, LLC, Joseph Wylie, Melanie Stambaugh, or Randy Taylor?

Do any of you know the friends or family of the attorneys for RCI, LLC?

Do any of you know any partners or associates or employees of the Rodey Law Firm?

Do any of you know any partners or associates or employees of K&L Gates LLC?

Have you, any members of your family or any of your friends ever been sued or represented by any of the attorneys in this case or any of their partners or associates?

1

320872222.1

Has anyone heard or do you know anything about this case, any parties, any witnesses or any of the circumstances surrounding the case?

Have you learned about this case in the newspapers, on radio or television, or over the internet?

Have you heard anyone discussing this case or anything about the case?

Have you or any close friend or family member ever filed a lawsuit based on the Telephone Consumer Protection Act?

(NOTE:  If so, When? Where? Who? What? How? Recovery?)

Have you or any close friend or family member ever filed a lawsuit based on receipt of a telemarketing call?

(NOTE:  If so, When? Where? Who? What? How? Recovery?)

Have you or any close friend or family member ever submitted a claim in a class action related to telemarketing calls?

(NOTE:  If so, When? Where? Who? What? How? Recovery?)

Have you or any close friend or family member ever purchased a vacation time share?

(NOTE:  If so, When? Where? Who? What? How?)

Have you or any close friend or family member ever attended a sales presentation for a vacation time share?

(NOTE:  If so, When? Where? Who? What? How?)

Can you think of any reason that would cause you to be uncomfortable, embarrassed, biased or prejudiced to serve as a juror in this case?

Is there any fact that might prevent you from returning a true verdict based solely upon the evidence presented here in court and the law which the court will later explain to you?

320872222.1

Do you now have an opinion, tendency or feeling, not known to the court, that might influence your verdict in this case?

Do you have any concern that if selected as a juror in this case you might not be able to render a fair and impartial verdict?

Does the anticipated time frame of this trial cause any hardships for any of you? Are there any daycare issues or other unavoidable scheduling conflicts that we need to be aware of?

Do any of you have any physical or other impairments, taking of scheduled medications, that need to be addressed? And I say this not to exclude you from service; however, there are special arrangements we can make for certain situations to assist you if you are selected as a juror.

Dated: October 21, 2024

Respectfully submitted,

*/s/ Joseph C. Wylie II*
Joseph C. Wylie II (*pro hac vice*)
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
T: (312) 807-4439
F: (312) 345-9060
joseph.wylie@klgates.com

Melanie B. Stambaugh
Randy Taylor
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Post Office Box 1888
Albuquerque, New Mexico 87103
T: (505) 765-5900
F: (505) 768-7395
mstambaugh@rodey.com
rtaylor@rodey.com

*Attorneys for Defendant RCI, LLC*

320872222.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I caused a true and correct copy of the foregoing Defendant RCI, LLC's Proposed Voir Dire Questions to be served upon counsel of record by e-mail.

>                               */s/ Joseph C. Wylie II*

320872222.1