IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

RCI, LLC, a Delaware Corporation et al.

    Defendants.

Case No. 2:22-cv-00360-DHU-GJF

**PLAINTIFF'S LIST OF EXHIBITS**

Plaintiff Ruben Escano, undersigned, pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Order dated April 10, 2024 (Doc. 220), files this List of Exhibits, except impeachment and rebuttal exhibits:

**Plaintiff Expects to Offer:**

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | | Call List |
| 2 | 2/18/2018 | Audio Recording of February 18, 2018 Phone Call, Part 1 |
| 3 | 2/18/2018 | Audio Recording of February 18, 2018 Phone Call, Part 2 |
| 4 | 4/3/2018 | Audio Recording of April 3, 2018 Phone Call |
| 5 | 4/16/2018 | Audio Recording of April 16, 2018 Phone Call |
| 6 | 4/23/2018 | Audio Recording of April 23, 2018 Phone Call |
| 7 | 5/1/2018 | Audio Recording of May 1, 2018 Phone Call |
| 8 | 5/3/2018 | Audio Recording of May 3, 2018 Phone Call |

| 9 | 5/8/2018 | Audio Recording of May 8, 2018 Phone Call |
|---|---|---|
| 10 | 5/14/2018 | Audio Recording of First May 14, 2018 Phone Call |
| 11 | 5/14/2018 | Audio Recording of Second May 14, 2018 Phone Call |
| 12 | 5/1/2019 | Audio Recording of May 1, 2019 Phone Call |
| 13 | 6/3/2019 | Audio Recording of June 3, 2019 Phone Call |
| 14 | 6/4/2019 | Audio Recording of June 4, 2019 Phone Call |
| 15 | 9/10/2019 | Audio Recording of September 10, 2019 Phone Call |
| 16 |  | Compilation Audio Recording Transcripts |
| 17 | 2/7/2021 | "Johnson and Johnson" Caller ID Phone Screenshot |
| 18 |  | Wyndham 2018 Form 10-K |
| 19 | 6/25/2018 | Do Not Call Registry Email Confirmation |
| 20 |  | Compilation Phone Bills |
| 21 |  | Credit Card Statement |
| 22 | 2/9/2023 | MXRRU's Initial Disclosures |
| 23 | 1/24/2012 - 3/9/2023 | MXRRU Compilation Annual Reports |
| 24 | 7/22/2011 | 2011 Letter from the Canadian Radio-television and Telecommunications Commission to Orlando Arroyo, re: Telemarketing calls to consumers in Canada, https://crtc.gc.ca/eng/archive/2011/lt110722d.htm |
| 25 | 4/23/2008 | Affiliation Agreement between RCI and Orlando Arroyo |
| 25-A |  | Affiliation Agreement between RCI and Orlando Arroyo (English Translation) |
| 25-B | 3/29/2024 | Certificate of Translation of Affiliation Agreement between RCI and Orlando Arroyo |

| 26 | 8/3/2018 | Amendment to Affiliation Agreement between RCI and Orlando Arroyo |
| 26-A | | Amendment to Affiliation Agreement between RCI and Orlando Arroyo (English Translation) |
| 26-B | 3/29/2024 | Certificate of Translation of Amendment to Affiliation Agreement between RCI and Orlando Arroyo |
| 27 | | Sunset World Resorts Webpage, https://www.sunsetworldresorts.com/resorts/, archived at https://perma.cc/LMR6-VVLP |
| 28 | 6/22/2017 | 2017 FCC Notice of Apparent Liability for Forfeiture (FCC 17-80) |
| 29 | 10/17/2011 | News Article – Law360, *Canada Reaches Deal with Mexican Robocallers* |
| 30 | 6/23/2017 | News Article – Miami New Times, *Miami Man Fined $120 Million for Making 96 Million Robocalls in Three Months* |
| 31 | 6/27/2017 | News Article – Yahoo News, *How TripAdivsor hunted a robocaller that made 100 million calls to random people* |
| 32 | 8/21/2020 | PRWeb.com Press Release, *Sunset World Group Reaffirms its Leadership in the Vacation Industry Receiving Various Recognitions from RCI* |
| 33 | 8/15/2018 | 2018 Phone Arena Article |
| 34 | 4/3/2018 | Email from Premier Cancun Vacations to Ruben Escano |
| 35 | 4/3/2018 | Invoice from Premier Cancun Vacations to Ruben Escano |
| 36 | 8/26/2012 | Invoice from Premier Cancun Vacations to Juan Soto, http://bpo.m4sunset.com/M4C/PurchaseLetterESP.php?IDBOOKING=141326448, archived at https://perma.cc/GBS3-DZ7E |
| 37 | 5/6/2012 | Invoice from Premier Cancun Vacations to Ivonne Figueroa, http://bpo.m4sunset.com/M4C/PurchaseLetterVacTVLatam.php?IDBOOKING=609301571, archived at https://perma.cc/F9G8-YQ2R |
| 38 | 8/10/2005 | Invoice from Premier Cancun Vacations to Torres Beatriz, http://bpo.m4sunset.com/M4C/M4CBIENVENIDO.php?IDBOOKING=6, archived at https://perma.cc/8H92-G4AP |

| 39 | 4/8/2013 | Invoice from Premier Cancun Vacations to Bruce Villareal, http://bpo.m4sunset.com/M4C/PurchaseLetter.php?IDBOOKING=610000999, archived at https://perma.cc/Q9EZ-2KVY |
|---|---|---|
| 40 | 5/16/2018 | Invoice from Premier Cancun Vacations to Samuel Gaines, http://bpo.m4sunset.com/M4C/PurchaseLetter.php?IDBOOKING=720000228, archived at https://perma.cc/SC5N-MJTX |
| 41 | 3/2/2012 | Invoice from Premier Cancun Vacations to Willaim Mosquera, http://bpo.m4sunset.com/M4C/PLShare.php?IDBOOKING=607250825, archived at https://perma.cc/2L2U-BJ4X |
| 42 | 8/24/2012 | Invoice from Premier Cancun Vacations to Gerado Brown, http://bpo.m4sunset.com/M4C/PLShare.php?IDBOOKING=140953859, archived at https://perma.cc/K8RQ-C8NW |
| 43 | 9/1/2016 | Invoice from Premier Cancun Vacations to Amable Perez, http://bpo.m4sunset.com/M4C/CartaCompraLATAM.php?IDBOOKING=665751407, archived at https://perma.cc/P6ZB-KEXG |
| 44 | 10/8/2016 | Invoice from Premier Cancun Vacations to Jose Bravo, http://bpo.m4sunset.com/M4C/CartaCompraSHARE.php?IDBOOKING=140956275, archived at https://perma.cc/WA35-TYJY |
| 45 | 10/8/2016 | Invoice from Premier Cancun Vacations to Teresita Magno, http://bpo.m4sunset.com/M4C/PurchaseLetter.php?IDBOOKING=682000064, archived at https://perma.cc/4Z2Y-W397 |
| 46 | 11/23/2018 | Email Receipt for Pixel 3 XL |
| 47 | 11/28/2020 | Email Receipt for iPhone 12 Pro |
| 48 | 2/1/2021 | Letter - RCI's Response to Plaintiff's Demand Letter |
| 49 |  | Sunset World Promotional Booklet, https://www.sunsetworldresorts.com/sw2018/wp-content/uploads/2022/11/Book3_Companies.pdf |
| 50 | 3/20/2023 | Timescape's Answers and Objections to Plaintiff's First Set of Interrogatories |
| 51 | 6/30/2023 | Timescape's Response to Plaintiff's Third Set of Interrogatories |
| 52 | 9/21/2022 | Timescape's Response to Marriott Subpoena |

| | | |
|---|---|---|
| 53 | 4/28/2022 | Marriott Subpoena to Timescape |
| 54 | 10/25/2016 | Access and Use License Agreement between Timescape and Ascendant |
| 55 | 10/26/2016 | Timescape Lease Agreement with Ascendant |
| 56 | 10/25/2016 | Sales Agreement Between Timescape and Ascendant |
| 57 | 3/24/2023 | RCI's Response to Plaintiff's First Set of Interrogatories |
| 58 | 8/14/2023 | RCI's Supplemental Response to Plaintiff's First and Second Set of Interrogatories |
| 59 | 9/11/2023 | RCI's Response to Plaintiff's Third Set of Requests for Production |
| 60 | 10/6/2023 | RCI's Supplemental Response to Plaintiff's Third Set of Requests for Production |
| 61 | 6/30/2021 | RCI Master Points Corporate Affiliation Agreement |
| 62 | 1/2/2021 | RCI Master Weeks Affiliation Agreement |
| 63 | 8/16/2020 | Amendment No. 1 to Master Points Platinum Corporate Affiliation Agreement between RCI, Timescape, and Ascendant |
| 64 | 8/14/2020 | Shared Services Agreement between RCI and Timescape |
| 65 | 8/3/2020 | Amendment No. 2 to Master Corporate Affiliation Agreement between RCI and Timescape |
| 66 | 2/14/2018 | Letter Agreement between RCI and Timescape |
| 67 | 12/20/2017 | Master Points Platinum Corporate Affiliation Agreement between RCI, Timescape, and Ascendant |
| 68 | 11/4/2015 | Amendment No. 1 to Master Points Corporate Affiliation Agreement between RCI and Timescape |
| 69 | 8/18/2015 | Letter Agreement between RCI and Timescape with Attachments |
| 70 | 5/20/2015 | Letter Agreement between RCI and Timescape |

| | | |
|---|---|---|
| 71 | | Addendum to the RCI Weeks Procedures Manual & RCI Points Procedures Manual: RCI Rules & Governance in Relation to the Use of 3rd Party Marketers & Brokers |
| 72 | | Addendum to the RCI Points Procedures Manual: RCI Rules & Governance in Relation to the Use of 3rd Party Marketers & Brokers |
| 73 | | RCI Weeks Procedures Manual |
| 74 | | RCI Points Procedures Manual |
| 75 | 12/21/2021 | Original LinkedIn Page for Christopher Thomas |
| 76 | February 2022 | Edited LinkedIn Page for Christopher Thomas |
| 77 | 2/3/2021 | *Bryan v. RCI, LLC* – Complaint |
| 78 | 10/22/2021 | *Bryan v. RCI, LLC* - Plaintiff's Motion for Voluntary Dismissal |
| 79 | 11/12/2021 | *Bryan v. RCI, LLC* - Plaintiff's Reply in Support of Motion for Voluntary Dismissal |
| 80 | 6/10/2013 | *Hossfeld v. RCI, LLC* – Complaint |
| 81 | 3/30/2016 | *Edward Makaron v. World Wide Vacations* – Complaint |
| 82 | 9/14/2016 | *Snook v. RCI, LLC* – Complaint |
| 83 | 3/14/2018 | *Mintz v. RCI Company* – Complaint |
| 84 | 5/31/2018 | *James Andrews v. RCI, LLC* – Complaint |
| 85 | 9/23/2019 | *Cunningham v. Lifestyles Development LLC* - Amended Complaint |
| 86 | 7/28/2020 | *Williams Young v. RCI, LLC* – Complaint |
| 87 | 7/30/2021 | *Marks v. RCI, LLC* – Complaint |
| 88 | 7/12/2023 | *Wilkins v. RCI, LLC* - Second Amended Complaint with Exhibits |
| 89 | 12/31/2013 | *Righetti v. United Shuttle Alliance Transportation* - Second Amended Complaint |
| 90 | 4/25/2017 | *Mesh v. RCI, LLC* – Complaint |

| 91 | 6/7/2017 | *Mesh v. RCI, LLC* - Amended Complaint |
|---|---|---|
| 92 | 10/22/2019 | *Diamond Motorworks v. Wyndham Destinations, Inc.* – Complaint |
| 93 | 7/12/2018 | Letter from Florida Department of Consumer Services to RCI, re: Juan Castro Do Not Call Complaint against RCI |
| 94 | 7/5/2018 | Florida Department of Consumer Services, Juan Castro Do Not Call Complaint against RCI |
| 95 | 5/15/2018 | Letter from Pennsylvania Attorney General's Office to RCI, re: Verna Cole Do Not Call Complaint against RCI |
| 96 | 7/12/2018 | Demand Letter from Jared Johnson to RCI, re: Telemarketing Complaint |
| 97 | 8/28/2023 | TrackResults - Homepage, https://www.trackresults.com, archived at https://perma.cc/VE3A-2MLQ |
| 98 | 6/29/2017 | Perspective Magazine, *Sunset World Resorts and Vacation Experiences Partners With TrackResults For Enhanced Sales & Marketing,* https://perspectivemagazine.com/290620177747/sunset-world-resorts-and-vacation-experiences-partners-with-trackresults-for-enhanced-sales-marketing, archived at https://perma.cc/QRH7-DGSF |
| 99 | 9/1/2017 | TrackResults, *Holidays Network Group Joins the TrackResults Family*, https://www.trackresults.com/holidays-network-group-joins-the-trackresults-family, archived at https://perma.cc/LY6Y-FMEW |
| 100 | 10/19/2024 | TrackResults - Client Testimonials, https://www.trackresults.com/client-testimonials-2, archived at https://perma.cc/M4NT-QX4B |
| 101 | 12/16/2021 | TrackResults - Client Growth, https://www.trackresults.com/trackresults-client-growth, archived at https://perma.cc/NY4M-ZVRV |
| 102 |  | RCI 2017 Strategic Sourcing Document, https://www.rciaffiliates.com/media/567029/172065ss-q4-rci-supplier-directory.pdf |
| 103 | 8/2/2023 | Indeed.com - Parliament Marketing Job Posting |

| | | |
|---|---|---|
| 104 | 8/5/2023 | SimplyHired.com - Parliament Marketing Job Posting |
| 105 | June 2022 | Google Maps Streetview - 3855 South 500 West Suite S, https://www.google.com/maps/@40.6874029,-111.9043426,3a,15y,13.03h,87.88t/data=!3m6!1e1!3m4!1sAHQwVFfEsCQz5RTNTtsKhg!2e0!7i16384!8i8192 |
| 106 | 7/31/05 – 11/29/21 | Parliament Marketing Group, LLC – Compilation Utah Filings |
| 107 | 7/6/2006 – 8/15/2024 | TrackResults Software, LLC – Compilation Utah Filings |
| 108 | 2/17/2016 – 4/16/2024 | SORAG, Inc. – Compilation Florida Filings |
| 109 | 1/8/2016 – 5/1/2024 | Ascendant Holidays, LLC – Compilation Florida Filings |
| 110 | 9/15/2015 – 5/1/2024 | Holidays Network Group, LLC – Compilation Florida Filings |
| 111 | 10/15/2023 | Facebook - Marketing 4 Sunset Group, https://www.facebook.com/Marketing4SunsetGroup/, archived at https://perma.cc/4FX7-TGPS |
| 112 | 10/19/2024 | Computrabajo.com – Marketing 4 Sunset Group, https://mx.computrabajo.com/marketing4sunsetgroup, archived at https://perma.cc/V864-GJ2J |
| 113 | 10/19/2024 | MyCancunTrip Homepage, https://mycancuntrip.com, archived at https://perma.cc/SD98-ZUL8 |
| 114 | 11/3/2022 | *Marriott International Inc v. Dynasty Marketing Group, LLC* – Excerpt of Deposition of Bruno Borra |
| 115 | 3/17/2021 | *Jorge Bravo v. Huesca* – Amended Complaint |
| 116 | 4/30/2021 | Travel and Leisure Co - Q1 2021 Results - Earnings Call Transcript, https://seekingalpha.com/article/4423268-travel-leisure-co-tnl-ceo-michael-brown-on-q1-2021-results-earnings-call-transcript |

| | | |
|---|---|---|
| 117 | 5/11/2018 | News Article - CNN, *Accused robocall 'kingpin' fined a record $120 million*, https://money.cnn.com/2018/05/11/news/fcc-robocall-fine/index.html |
| 118 | 4/19/2018 | News Article - Newsweek, *Who Is Adrian Abramovich? Miami Man Accused of Making 97 Million Robocalls Fights $120 Million Fine*, https://www.newsweek.com/who-adrian-abramovich-miami-man-accused-making-97-million-robocalls-fights-120-892275 |
| 119 | 5/18/2018 | News Article - Thomson Reuters, *FCC Imposes Largest Forfeiture Ever For Illegal 'Neighbor Spoofing' Robocalls*, https://anzlaw.thomsonreuters.com/w-014-7266 |
| 120 | 5/10/2018 | News Article - CNET, *FCC makes $120M robocall fine for Florida man official*, https://www.cnet.com/tech/mobile/fcc-makes-120-million-robocall-fine-for-florida-man-official/ |
| 121 | 5/11/2018 | News Article - USA Today, *FCC fines robocaller $120 million for making nearly 100 million calls*, https://www.usatoday.com/story/tech/news/2018/05/11/robocaller-fined-120-million-fcc-nearly-100-million-spoofed-calls/601287002/ |
| 122 | 5/11/2018 | News Article - BBC, *Record $120m fine for nuisance robocalls*, https://www.bbc.com/news/technology-44083073 |
| 123 | 5/10/2018 | News Article - CBS News, *Robocaller hit with record $120 million fine*, https://www.cbsnews.com/news/robocaller-hit-with-record-120-million-fine/ |
| 124 | 6/22/2017 | News Article - NPR, *Man Accused Of Making Millions Of Robocalls Faces Biggest-Ever FCC Fine*, https://www.npr.org/sections/thetwo-way/2017/06/22/533970545/man-accused-of-making-millions-of-robocalls-faces-biggest-ever-fcc-fine |
| 125 | 6/23/2017 | News Article - CNET, *Alleged robocall scammer faces $120 million fine*, https://www.cnet.com/culture/fcc-wants-alleged-robocall-scam-artist-to-pay-120-million/ |
| 126 | 6/22/2017 | News Article - The Hill, *FCC proposes $122M fine on robocall scammer*, https://thehill.com/policy/technology/338999-fcc-proposes-122m-fine-on-robocall-scammer/ |
| 127 | 6/22/2017 | News Article - USA Today, *FCC hits robocaller with agency's largest-ever fine of $120 million*, https://www.usatoday.com/story/tech/news/2017/06/22/fcc-hits- |

| | | |
|---|---|---|
| | | robocaller-agencys-largest-ever-fine-120-million/103102546/ |
| 128 | 6/23/2017 | News Article - CBS News, *FCC proposes record $120 million fine for man in robocall scheme*, https://www.cbsnews.com/news/fcc-robocall-fine-telephone-spoofing/ |
| 129 | 6/22/2017 | News Article - Wall Street Journal, *FCC Fines Man $120 Million for His 100 Million Robocalls*, https://www.wsj.com/articles/fcc-proposes-120-million-fine-against-miami-telemarketer-1498152920 |
| 130 | 9/9/2024 | RCI Webpage - Sunset Marina Resort and Yacht Club, https://www.rci.com/pre-rci/us/en/special-offers/mexico/5237-sunset-marina-resort-and-yacht-club, archived at https://perma.cc/SU4E-JXYM |
| 131 | 9/9/2024 | RCI Webpage - Sunset Royal Beach, https://www.rci.com/resort-directory/resortDetails;?resortCode=4363, archived at https://perma.cc/M73E-QWYK |
| 132 | 9/9/2024 | RCI Webpage - Sunset Fishermen Spa & Resort, https://www.rci.com/resort-directory/resortDetails;?resortCode=5705, archived at https://perma.cc/VC5B-3VC2 |
| 133 | 9/9/2024 | RCI Webpage - Hacienda Tres Rios, https://www.rci.com/resort-directory/resortDetails;?resortCode=A475, archived at https://perma.cc/KYA2-VCXP |
| 134 | 9/9/2024 | RCI Webpage - Sunset World, https://www.rci.com/pre-rci/uy/es/landing/sunset, archived at https://perma.cc/AV98-CETS |

**Plaintiff May Offer:**

| 135 | | Deposition, or a portion thereof, of Jennifer Dongus, RCI corporate designee |
| 136 | | Deposition, or a portion thereof, of Crystian Alatorre, RCI corporate designee |

Dated this 21st day of October, 2024.

                                             Respectfully submitted,

                                             /s/ Ruben J. Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

IT IS HEREBY CERTIFIED that on this 21st day of October, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
      **Ruben J. Escano**, *pro se*