IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

RCI, LLC, a Delaware Corporation et al.

    Defendants.

Case No. 2:22-cv-00360-DHU-GJF

**PLAINTIFF'S LIST OF WITNESSES**

Plaintiff Ruben Escano, undersigned, pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Order dated April 10, 2024 (Doc. 220), files this List of Witnesses, except impeachment and rebuttal witnesses:

**Plaintiff Expects to Call:**

1. Jennifer Dongus, corporate designee of Defendant RCI, LLC ("RCI")
2. Crystian Alatorre, corporate designee of RCI

**Plaintiff May Call:**

1. Ryan Morettini
2. Alejandra Espinoza
3. Amy Sinelli
4. Ana Acevedo
5. David Oigarden
6. Renee Jacquard
7. Juan Manual Ochoa

8. Melinda Kelsey

9. Theresa Orben

10. Stephanie Ambs

Dated this 21st day of October, 2024.

Respectfully submitted,

/s/ Ruben J. Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

IT IS HEREBY CERTIFIED that on this 21st day of October, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
**Ruben J. Escano**, *pro se*