IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

                                                    No. 2:22-cv-00360-DHU-GJF

vs.

RCI, LLC, a Delaware Corporation et al.,

    Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE AND COURTROOM

This issue is before the Court on Plaintiff's Unopposed Motion for Leave to Use Electronic Devices in the Courtroom (Doc. 240). On October 21, 2024, Plaintiff Escano filed this motion because he is self-represented, but due to the fact that he is not an attorney he is not allowed into the courthouse with a laptop and cell phone. *See* D.N.M.LR-Civ. 83.1. This Court has scheduled a hearing for October 24, 2024 at 1:30 PM. Plaintiff would be prejudiced should he not be able to consult his electronic devices at this hearing, where he stores his files regarding this action, and therefore he requests an exemption under Rule 83.1(c)(7).

The Court having read the briefing on this motion and understanding that no party opposes this request, finds the Motion well-taken and will grant it.

**IT IS THEREFORE ORDERED** that, consistent with the court order exception in Rule 83.1(c)(7), Plaintiff's Unopposed Motion for Leave to Use Electronic Devices in the Courtroom on October 24, 2024 (Doc. 240) is **GRANTED**.

**IT IS SO ORDERED.**

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE