**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| RUBEN J. ESCANO, § | |
| § | |
| Plaintiff, § | |
| § | Case No. 2:22-CV-00360-DHU-GJF |
| vs. § | |
| § | |
| RCI, LLC, *et al.,* § | |
| § | |
| Defendants. § | |

**JOINT MOTION FOR LEAVE TO APPEAR VIRTUALLY AT**
**CALENDAR CALL ON OCTOBER 24, 2024**

Plaintiff Ruben J. Escano and Defendant RCI, LLC ("RCI") hereby respectfully request leave for all parties and counsel in this matter to appear virtually for the calendar call set before the Honorable David H. Urias on October 24, 2024 at 1:30 p.m. MST. (*See* Doc. 220.) Both Plaintiff *pro se* Mr. Escano and lead counsel for RCI, Mr. Wylie, would require lengthy and costly travel to appear in person for the calendar call, and Ms. Stambaugh's child's elementary school is closed on October 24, 2024. To that end, Plaintiff and counsel for Defendant request a Zoom link so they can appear remotely with video, or, if that is not possible, for the Court to permit them to participate telephonically via the Court's conference line.

Respectfully submitted,

By: */s/ Ruben J. Escano*
Ruben J. Escano, *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

*Plaintiff in pro se*

- 2 -

By: */s/ Joseph C. Wylie II*
Joseph C. Wylie II (*pro hac vice*)
70 West Madison, Suite 3100
Chicago, Illinois 60602
Telephone:  312-807-4419
Facsimile:  312-345-9060
joseph.wylie@klgates.com

Melanie B. Stambaugh
Jeffrey R. Taylor
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
mstambaugh@rodey.com
rtaylor@rodey.com

*Attorneys for Defendant RCI, LLC*