IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO, <br><br> Plaintiff, <br><br> v. <br><br> RCI, LLC, a Delaware Corporation et al. <br><br> Defendants. | Case No. 2:22-cv-00360-DHU-GJF |

**UNOPPOSED MOTION FOR LEAVE TO
BRING ELECTRONIC DEVICES INTO THE COURTROOM**

In accordance with D.N.M.LR-Civ. 83.1(c)(7) and the Court's *Second Order Setting Settlement Conference* (Doc. 253 at 2), Plaintiff Ruben Escano, undersigned, hereby respectfully requests authorization from the Court to bring his laptop and cell phone into the courtroom for use during the settlement conference set for December 10, 2024.

The reason for the requested relief is that Plaintiff's case files are stored electronically, and he will be prejudiced if he does not have access to these devices because opposing counsel will have access to their electronic devices, pursuant to Local Rule 83.1(c)(6), but Plaintiff will not have similar access to his own devices. Plaintiff inquired if the relief requested in this motion is opposed, and opposing counsel do not oppose the relief requested in this motion. The Court previously allowed Plaintiff to bring electronic devices into the courtroom. *See* (Docs. 231, 247).

WHEREFORE, Plaintiff respectfully requests an order authorizing Plaintiff to bring his cell phone and laptop into the courtroom for the December 10, 2024 settlement conference.

\* \* \*

Dated this 26th day of November, 2024.

                        Respectfully submitted,

                        /s/ Ruben J. Escano

                        **Ruben J. Escano,** *pro se*
                        2311 Ranch Club Road
                        Suite #2-180
                        Silver City, NM 88061
                        rubenescano@gmail.com
                        (201) 527-8938

IT IS HEREBY CERTIFIED that on this 26th day of November, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
      **Ruben J. Escano**, *pro se*