**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

RUBEN ESCANO

    Plaintiff,

vs.                                                                                     Civil No. 22-360 DHU/GJF

RCI, LLC, a Delaware Corporation, et al.

    Defendant.

**ORDER AUTHORIZING PLAINTIFF TO BRING**
**ELECTRONIC DEVICES INTO THE COURTROOM**

The Court having reviewed Plaintiff's Unopposed Motion for Leave to Bring Electronic Devices into the Courtroom [ECF 255], and good cause appearing, finds that the Plaintiff's Motion is well taken and should be granted:

**IT IS ORDERED** that Plaintiff Ruben Escano be permitted to enter the United States District Court for the District of New Mexico in Las Cruces, New Mexico, with electronic devices, to include his cellular phone and laptop, for the December 10, 2024 Settlement Conference in this matter before the Honorable Gregory J. Fouratt, United States Magistrate Judge.

**SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE