**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Before the Honorable Gregory J. Fouratt**
**United States Magistrate Judge**

**Clerk's Minutes**

**Civ. No. 22-360 DHU/GJF**

*Escano v. RCI, LLC*

**Date of Hearing: 12/10/24**
*(United States Courthouse, Dona Ana Courtroom, Las Cruces, NM – not recorded)*

| | |
|---|---|
| **Plaintiff**: | Ruben Escano |
| **Attorneys for Defendant RCI, Inc.**: | Joseph C. Wylie, Melanie Stambaugh |
| **Other Individuals**: | Ryan Morettini, Group VP, Litigation, Consumer Affairs, and Intellectual Property |
| *Pre-settlement discussions with counsel*: | 2 hours |
| **Proceedings**: | Settlement Conference |
| *Start Time*: | 10:00 a.m. |
| *Stop Time*: | 3:30 p.m. |
| **Total Time**: | **7.5 hours** |
| **Clerk**: | JWW |

**Notes:**

- The case settled as to Plaintiff's claims against Defendant RCI, Inc. only.
- Dismissal papers for those claims to be filed after settlement terms are complied with (and in no event, absent good cause, longer than 90 days from today's date).