IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO,<br><br>    Plaintiff,<br><br>v.<br><br>RCI, LLC, *et al.*<br><br>    Defendants. | Case No. 2:22-cv-00360-DHU-GJF |

**NOTICE OF NON-AVAILABILITY**

PLEASE TAKE NOTICE that Plaintiff Ruben Escano, self-represented and undersigned, will be unavailable from March 10, 2025 to March 17, 2025 and respectfully requests that any hearings and other matters requiring his attendance not be scheduled on those dates and that he not be required to submit briefs or other pleadings on or immediately after those dates.

Dated this 8th day of March 2025.

Respectfully submitted,

By:    /s/ Ruben J. Escano

**Ruben Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

2

IT IS HEREBY CERTIFIED that on this 8th day of March, 2025, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
    **Ruben Escano**, *pro se*