IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

RCI, LLC, *et al.*

    Defendants.

Case No. 2:22-cv-00360-DHU-GJF

### PLAINTIFF'S MOTION TO SEAL TRANSCRIPTS OF HIS DEPOSITION

In accordance with the Court's *Confidentiality Order*, rendered on June 26, 2023 as Document 101 (the "Order"), Plaintiff Ruben Escano, undersigned, hereby respectfully moves to seal the transcripts of his deposition, filed as:

- Document 156-1 jointly by RCI, LLC ("RCI") and the Timescape Defendants[1] on October 11, 2023;
- Document 164-4 by RCI on October 27, 2023; and
- Document 165-1 by the Timescape Defendants on October 27, 2023.

Plaintiff inquired if this motion is opposed, but did not receive a response from opposing counsel.

Plaintiff respectfully requests that the transcripts be sealed because they contain personal information Plaintiff wishes not remain in the public record in perpetuity. The Order allows for parties to designate as confidential any discovery material, including "deposition testimony," that contains "personal information[.]" (Doc. 101 at 1). Plaintiff has designated his deposition as confidential in accordance with Paragraph 17 of the Order, and neither RCI nor the Timescape

---

[1] "Timescape Defendants" refers collectively to Defendants Timescape Resorts, LLC and Stephen Bradley.

Defendants have challenged the confidential designation.[2]  Thus, pursuant to Paragraph 17 of the Order, the deposition is confidential.

WHEREFORE, Plaintiff respectfully requests that the Court seal the deposition transcripts in the electronic filings listed above.

Dated this 8th day of March 2025.

Respectfully submitted,

By: /s/ Ruben J. Escano

**Ruben Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

IT IS HEREBY CERTIFIED that on this 8th day of March, 2025, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
**Ruben Escano**, *pro se*

---

[2] Additionally, it does not appear that Plaintiff's deposition was material to deciding any issue before this Court. And the Timescape Defendants withdrew their motion for summary judgment, to which one of the copies of the deposition transcript was attached. *See* (Doc. 165-1) (deposition transcript); (Doc. 208) (notice of withdrawal of motion for summary judgment).