IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

RCI, LLC, *et al.*

    Defendants.

Case No. 2:22-cv-00360-DHU-GJF

**PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE OF DEFENDANT RCI, LLC**

    In accordance with Fed. R. Civ. P. 41(a)(2); the settlement agreement reached during the December 10, 2024 settlement conference; and the Court's order rendered December 10, 2024 as Document 259, Plaintiff Ruben Escano, undersigned, hereby respectfully moves to dismiss Defendant RCI, LLC ("RCI") from this case with prejudice.  Plaintiff inquired as to RCI's position on this motion, but did not receive a response from counsel for RCI.

    As for the remaining defendant, Defendant Mexican Riviera Resorts Unlimited, S.A de C.V., Plaintiff will file a motion for default judgment on or before March 31, 2025.

\* \* \*

Dated this 8th day of March 2025.

Respectfully submitted,

By: /s/ Ruben J. Escano

**Ruben Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938

IT IS HEREBY CERTIFIED that on this 8th day of March, 2025, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By: /s/ Ruben J. Escano
**Ruben Escano**, *pro se*