IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

                                        Case No. 2:22-cv-00360-DHU-GJF

RCI, LLC, *et al.*

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT RCI, LLC (Doc. 263)

THIS MATTER is before the Court on Plaintiff's Motion for Voluntary Dismissal with Prejudice of Defendant RCI, LLC (Doc. 263). The Court, being fully advised, FINDS the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant RCI, LLC are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

                                                    HONORBALE DAVID H. URIAS
                                                    UNITED STATES DISTRICT JUDGE