IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

                                        Case No. 2:22-cv-00360-DHU-GJF

RCI, LLC, *et al.*

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL TRANSCRIPTS OF HIS DEPOSITION (Doc. 262)

THIS MATTER having come before the Court on Plaintiff's Motion to Seal Transcripts of His Deposition (Doc. 262), the Court, having considered the Motion and otherwise being fully advised, and Defendant RCI not responding to the Motion and therefore consenting to it, FINDS the Motion is well-taken and should be GRANTED. (*See* D.N.M.LR-Civ. 7.1(b)).

IT IS THEREFORE ORDERED that:

1. The transcripts of Plaintiff's deposition identified in the Motion (Doc. 262) shall be sealed.

2. Those transcripts shall remain sealed unless the Court orders otherwise.

3. Access to the sealed documents is restricted to the Court and the parties, consistent with the Court's Confidentiality Order (Doc. 101).

**IT IS SO ORDERED.**

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE