# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

                                      Case No. 2:22-cv-00360-DHU-GJF

RCI, LLC, *et al.*,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## AS TO DEFENDANT MEXICAN RIVIERA RESORTS UNLIMITED, S.A. DE C.V.

THIS MATTER comes before the Court on Plaintiff's Motion for Default Judgment as to Defendant Mexican Riviera Resorts Unlimited, S.A. de C.V. ("MXRRU"), filed March 31, 2025 (Doc. 265). Having reviewed the Motion, the record, and the applicable law, and being otherwise fully advised, the Court concludes that entry of judgment is appropriate and enters the following Order:

IT IS ORDERED that Plaintiff's Motion for Default Judgment as to Defendant Mexican Riviera Resorts Unlimited, S.A. de C.V., is GRANTED.

IT IS FURTHER ORDERED that JUDGMENT is entered in favor of Plaintiff and against Defendant Mexican Riviera Resorts Unlimited, S.A. de C.V., in the total amount of $313,800. Post-judgment interest shall accrue in addition to this amount at the rate provided by 28 U.S.C. § 1961, from the date of entry of judgment until paid.

**IT IS SO ORDERED.**

                                                _____
                                                DAVID HERRERA URIAS
                                                United States District Judge

Respectfully submitted,

*/s/ Ruben J. Escano*_____
**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
rubenescano@gmail.com
(201) 527-8938